IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH MCCLAIN,** | : | **Civil No. 1:19-cv-1951** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS, et al.,** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, IT IS HEREBY

ORDERED as follows:

1) The report and recommendation (Doc. 56) of the magistrate judge is
ADOPTED IN PART and DENIED IN PART;

2) Plaintiff's motion to amend his complaint (Doc. 43) is GRANTED; and

3) The Clerk of Court is DIRECTED to docket the second amended complaint
(Doc. 43-2, pp. 1-10) as the operative complaint in this matter;

4) And this case is REFERRED back to the magistrate judge for further pretrial
proceedings.


s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge


Dated: November 9, 2021