IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH McCLAIN,** : | Civil No. 1:19-cv-1951 |
| **Plaintiff,** : | |
| : | (Judge Sylvia H. Rambo) |
| v. : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** : | |
| Defendants. : | |

### O R D E R

AND NOW, this 13th day of April, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 105), to which no objections have been timely filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) Plaintiff's motion for a preliminary injunction (Doc. 99) is DISMISSED as moot;

3) The Clerk of Court shall remand this case back to the magistrate judge for further proceedings.

s/Sylvia H. Rambo<br>
United States District Judge