IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH McCLAIN,** | : Civil No. 1:19-cv-1951 |
| : | |
| **Plaintiff,** | : |
| : (Judge Sylvia H. Rambo) | |
| v. | : |
| : | |
| **PENNSYLVANIA DEPARTMENT** | : |
| **OF CORRECTIONS, et al.,** | : |
| : | |
| **Defendants.** | : |

**O R D E R**

AND NOW, this 24th day of August, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 112), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) McClain's motion to file a third amended complaint which merely "correct[s] the name of one defendant and name[s] two John Doe defendants," (Doc. 84) is GRANTED;

3) McClain's motion to file a supplemental complaint which would fundamentally alter and expand the factual terrain of this litigation (Doc. 87) is DENIED; and

4) McClain's motion to file a fourth amended complaint (Doc. 113), which was improperly filed while his motion to file a third amended complaint was still pending, is DENIED; and

5) The Clerk of Court shall remand this case back to the magistrate judge for further proceedings.

s/Sylvia H. Rambo<br>
United States District Judge