IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH MCCLAIN,** | : Civil No. 1:19-cv-1951 |
| Plaintiff, | : |
| | : (Judge Sylvia H. Rambo) |
| v. | : |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this 25th day of April, 2024, upon consideration of Magistrate Judge Bloom's Report and Recommendation (Doc. 178) recommending that the defendants' motion to dismiss (Doc. 154) be granted, and noting that the parties have not filed objections to the Report and Recommendation and the time for doing so has passed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 178) is **ADOPTED**;

2) The motion to dismiss (Doc. 154) is **GRANTED**;

3) The fourth amended complaint is **DISMISSED WITH PREJUDICE**; and

4) The Clerk of Court is **DIRECTED** to close this case.

                                                      <u>s/Sylvia H. Rambo</u>  
                                                      SYLVIA H. RAMBO  
                                                      United States District Judge